COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:        01-18-00714-CR

Style:              Walter Nelson v. The State of Texas

Date motion filed*:   February 19, 2019

Type of motion:      Second Motion for Extension of Time to File Appellant's Brief

Party filing motion:   Appellant's Appointed Counsel Richard K. Oliver

Document to be filed:  Appellant's Brief

Is appeal accelerated?        No.

If motion to extend time:

    Original due date:              December 19, 2018

    Number of extensions granted:        1       Current Due Date: February 19, 2019

    Date Requested:              April 18, 2019 (121 days from original due date)

Ordered that motion is:

    ☑ Granted, in part

        If document is to be filed, document due: March 21, 2019.

        ☑ **No further extensions of time will be granted.**

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

    Because appellant's counsel has filed a second extension requesting 60 days to file his
brief due to trials scheduled in other cases for February and early March and because
he is a solo practitioner, his request is **granted, in part**, for 30 days due to the total
length requested. *See* TEX. R. APP. P. 4.1(a), 10.5(b)(1)(C), 38.6(d). However, counsel
is warned that **no further extensions will be granted.**

Judge's signature: ____/s/ Justice Evelyn V. Keyes_____

          x Acting individually      ☐ Acting for the Court

Date: __February 26, 2019_____